UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FUSION BRANDS INTERNATIONAL SRL,

                Plaintiff,

    -against-

AMERELITE SOLUTIONS, INC.; JOHN DOES;
JANE DOES AND XYZ COMPANIES,

                Defendants.

------------------------------------------------------------ x

Case No.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for plaintiff, Fusion Brands International SRL, certifies that plaintiff has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
         February 25, 2008

                                      COWAN, LIEBOWITZ & LATMAN, P.C.

                                      By:_____
                                          Arlana S. Cohen (AC-9034)
                                      1133 Avenue of the Americas
                                      New York, New York 10036-6799
                                      Tel: (212) 790-9237
                                      Fax: (212) 575-0671
                                      Attorneys for Plaintiff

26094/000/821030.1