Affidavit of Service of Summons or Subpoena. Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1998 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

**COURT** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**COUNTY OF** _____

FUSION BRANDS INTERNATIONAL SRL,

*Plaintiff(s)*

against

AMERELITE SOLUTIONS, INC.; JOHN DOES; JANE DOES
AND XYZ COMPANIES,

*Defendant(s)*

*Index No.* 08 CV 01861

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ NEVADA, COUNTY OF CLARK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF NEVADA
That on 3/11/08 at 7:45P.M., at 1317 PAULINE WAY, LAS VEGAS, NV 89104
deponent served the within summons, *and complaint* on AMERELITE SOLUTIONS, INC. defendant therein named,
SEE ATTACHED RIDER

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to MARALYN SHANE personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be REGISTERED AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on Cathleen V Holmes.
3/14/08

CATHLEEN V. HOLMES
Notary Public, State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

NILLYRETH TABARES
License No. 389

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X   Case No. 08 CV 01861
FUSION BRANDS INTERNATIONAL SRL,

                    Plaintiff,
                                        RIDER TO
          - against -                   AFFIDAVIT
                                        OF SERVICE
AMERELITE SOLUTIONS, INC.; JOHN DOES;
JANE DOES AND XYZ COMPANIES,

                    Defendants.
------------------------------------X
```

List of Documents Served:

1. Civil Cover Sheet;

2. Summons in a Civil Case;

3. Complaint;

4. Rule 7.1 Statement;

5. Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York;

6. Individual Practices of Magistrate Judge Maas;

7. Notice of Court Conference; and

8. Civil Case Management Plan.

**Judge Hellerstein**

**United States District Court**

SOUTHERN DISTRICT OF NEW YORK

## SUMMONS IN A CIVIL ACTION

FUSION BRANDS INTERNATIONAL SRL,

          Plaintiffs,

v.

AMERELITE SOLUTIONS, INC.; JOHN DOES;
JANE DOES AND XYZ COMPANIES,

          Defendants.

CASE NUMBER: 08-CV-01861

TO: AMERELITE SOLUTIONS, INC.
     2429 South 51st Avenue
     Phoenix, Arizona 85043

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorneys:

          Arlana S. Cohen
          COWAN, LIEBOWITZ & LATMAN, P.C.
          1133 Avenue of the Americas
          New York, NY 10036

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

FEB 2 5 2008

CLERK

BY DEPUTY CLERK

DATE

26094/000/821034.1

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check on box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          *Date*                                  *Signature of Server*

                                                        _____
                                                                         *Address of Server*