# Cowan, Liebowitz & Latman, P.C.
### Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671



Arlana S. Cohen
Direct (212) 790-9237
asc@cll.com

March 25, 2008

**Via Fax (212-805-7942)**

Hon. Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, NY 10007-1312

    Re:    Fusion Brands International, Srl. v. AmerElite
            Solutions, Inc., et al.
            <u>08 CV 01861 (AKH)</u>

Dear Honorable Judge Hellerstein:

    We represent Fusion Brands International Srl. in the captioned matter.

    At the behest of defendant's counsel, we have agreed to seek an adjournment of the upcoming conference scheduled for April 11, 2008, at 9:30 because the parties are discussing possible settlement.

    Additionally, I must attend a prior scheduled conference in a different matter on the same date at 10:30 before Judge Stein.

    Accordingly, it is respectfully requested the conference before Your Honor be adjourned. (Please note, I am also scheduled to be out of the country from May 13, 2008 to May 23, 2008, so I request any rescheduled conference be set for dates other than these.)

---

JOHN F. KENNEDY INTERNATIONAL AIRPORT OFFICE • JAPAN AIRLINES BUILDING 14, SUITE 11B • (718) 244-8595

27963/025/824257.1

**Cowan, Liebowitz & Latman, P.C.**
Hon. Alvin K. Hellerstein
March 25, 2008
Page 2

    This is the first request for an adjournment.

Respectfully submitted,

Arlana S. Cohen

cc:    James Armstrong, Esq. (by fax)

27963/025/824257.1