# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

Arlana S. Cohen
Direct (212) 790-9237
asc@cll.com

**Via Fax (212-805-7942)**
Hon. Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, NY 10007-1312

April 30, 2008  A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 5/1/08

Re:  Fusion Brands International, SRL. v. AmerElite Solutions, Inc., et al.
     08 CV 01861 (AKH)

Dear Honorable Judge Hellerstein:

As you may recall, we represent plaintiff Fusion Brands International SRL in the captioned matter.

We are writing to report that since our letter of March 25, 2008, the parties have come even closer to settlement, and but for some logistical issues, settlement is nearly consummated.

Accordingly, we and defendant's counsel request a second adjournment of the initial conference herein presently scheduled for May 9, 2008 (which required submissions to you by May 2, 2008).

As set forth in our previous letter, I will be out of the country for a legal conference between May 13th through May 23rd. Notwithstanding the same, we will continue during this period to work towards finalizing settlement and we expect to be able to advise you of same soon.

Respectfully submitted,

Arlana S. Cohen

cc:  James Armstrong, Esq. (by fax)

---

JOHN F. KENNEDY INTERNATIONAL AIRPORT OFFICE • JAPAN AIRLINES BUILDING 14, SUITE 11B • (718) 244-8595

27963/025/828683.1