# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/30/08

Arlana S. Cohen
Direct (212) 790-9237
asc@cll.com

May 30, 2008

*The case will be desceened at conference June 20, 2008, 9:30 am. Principals must attend, as well as attorneys. 5-30-08*

*AKHellerstein*

**Via Fax (212-805-7942)**

Hon. Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, NY 10007-1312

Re:   Fusion Brands International, SRL. v. AmerElite Solutions, Inc., et al.
      08 CV 01861 (AKH)

Dear Honorable Judge Hellerstein:

As you may recall, we represent plaintiff Fusion Brands International SRL in the captioned matter.

We write further to your Order dated May 1, 2008, which provided that the case could be re-opened on notice if settlement was not concluded within 30 days of such Order.

We hereby request said matter be re-opened, and we are simultaneously sending a copy to counsel for defendant as notice of same. Defendant's counsel has indicated there is a likely settlement here on the terms as proposed but he has been unable to reach his client's principals. Accordingly, it is hoped the matter, once re-opened, will soon be dismissed as settled, but at this time we must re-open the matter to preserve our client's rights herein.

Respectfully submitted,

Arlana Cohen/SPR
Arlana S. Cohen

cc:   James Armstrong, Esq. (by fax)

---

JOHN F. KENNEDY INTERNATIONAL AIRPORT OFFICE • JAPAN AIRLINES BUILDING 14, SUITE 11B • (718) 244-8595

27963/025/832343.1