UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

FUSION BRANDS INTERNATIONAL SRL,

          Plaintiff,

    -against-

AMERELITE SOLUTIONS, INC.; JOHN DOES;
JANE DOES AND XYZ COMPANIES,

          Defendants.

------------------------------------------------------------ x

Index No. 08 CV 01861 (AKH)

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the above-named action, with prejudice, all parties to bear their own costs and attorneys' fees. The Clerk of the Court may now be directed to close this case.

Dated: New York, New York
       June 18, 2008

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By:_____
    Arlana S. Cohen (AC 9034)
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 790-9237
Attorneys for Plaintiff

27963/025/834042.1